No. 96–1498. SCIOTO COUNTY REGIONAL WATER DISTRICT No. 1, AUTHORITY *v.* SCIOTO WATER, INC., ET AL. C. A. 6th

Cir. Motions of Bell Arthur Water Corp. et al. and Cass Rural Water Users Inc. for leave to file briefs as *amici curiae* granted. Certiorari denied.